JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Varell_Fuller@fd.org

Counsel for Defendant CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 22-00348 EJD |
|---|---|
| Plaintiff, | [PROPOSED] UNOPPOSED RELEASE ORDER |
| v. | |
| GREGORY LOMELI CABRERA, | |
| Defendant. | |

**<u>ORDER</u>**

Upon the unopposed application of the defendant, and good cause appearing, the Court hereby ORDERS that the United States Marshal shall release defendant Gregory Cabrera forthwith to Monterey County.

IT IS SO ORDERED.

Date: _____

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

[PROPOSED] ORDER

1